**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHARLES ASHFORD
ADC #133975                                                                                    PLAINTIFF

v.                                        5:09CV00086 JLH/JTR

JOHN WHALEY, Assistant Warden, and
EDWIN BROWN, Lieutenant, Varner Super Max                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful

review, the Court concludes that the Proposed Findings and Recommended Disposition should be,

and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.       Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is

DISMISSED, WITHOUT PREJUDICE, for failing to state a claim on which relief may be granted.

2.       Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C.

§ 1915(g).

3.       The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 16th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE